UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No.: CR00-1220-SVW                                    Date: January 6, 2003

PRESENT: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | N/A | N/A |
|---|---|---|---|
| Deputy Clerk | Court Reporter/ Recorder/Tape# | Interpreter | Asst. U. S. Attorney |

| USA v. (DEFENDANTS PRESENT): | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| (1) Ozine Bridgeforth (Not Present)  X custody ___ bond ___ O/R | (1) N/A  ___ appointed ___ retained |

PROCEEDINGS:   IN CHAMBERS

    Because the court reporter was inadvertently not provided with a copy of the original 11/13/02 order, the Court hereby extends the time for the court reporter to provide to the defense the transcript to three weeks from the date of this order.

    The sentencing in this matter is continued to April 14, 2003 at 11:00 a.m.

ENTERED ON ICMS
JAN 7 2003

cc:  PSA
     Probation

Initials of Deputy Clerk _pmc_

CR-11 (9/98)                        CRIMINAL MINUTES - GENERAL