UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SCAN only

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>OZINE BRIDGEFORTH,<br><br>Defendant - Appellant. | No. 04-50183<br>D.C. No. CR-00-01220-SVW-02<br><br>**JUDGMENT** |



RECEIVED
CLERK, U.S DISTRICT COURT
JUL 2 0 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DLM DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, SENTENCE VACATED, and REMANDED IN PART**.

Filed and entered 03/29/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 18 2006

by: _____
Deputy Clerk



DOCKETED ON CM
JUL 27 2006
BY _____ 014

