FILED
CLERK, U.S. DISTRICT COURT

Feb 26, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>Ozine Bridgeforth,<br><br>    Defendant. | CASE NO.: 2:00-cr-01220-SVW-2<br><br>ORDER MODIFYING THE TRAVEL RESTRICTIONS OF SUPERVISED RELEASE |

The Court modifies the terms and conditions of the defendant's supervised release, as follows:

    1.    The travel restriction is lifted to allow defendant to trave intrastate for employment purposes only, and

    2.    When not employed the defendant's travel is restricted to the Central District of California.

///

///

///

Case 2:00-cr-01220-SVW   Document 436   Filed 02/26/15   Page 2 of 2   Page ID #:823

IT IS ORDERED that the Clerk deliver a copy of this modification of supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

DATE: February 26, 2015

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DATE: February 26, 2015

TERRY NAFISI, CLERK OF COURT

by / s /

Paul M. Cruz, Deputy Clerk

- 2 -